UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHEILA BIDET,**

      **Plaintiff,**

**-vs-**         Case No. 6:10-cv-1631-Orl-19KRS

**SIEMENS GENERATION SERVICES COMPANY,**

      **Defendant.**

_____

# ORDER

This case comes before the Court on the following:

1. Motion to Dismiss Counts I, II, and III of Plaintiff's Complaint by Defendant Siemens Generation Services Company (Doc. No. 7, filed Nov. 8, 2010); and

2. Response to Defendant's Motion to Dismiss Counts I, II, and III of Plaintiff's Complaint by Plaintiff Sheila Bidet (Doc. No. 10, filed Nov. 15, 2010).

## Background

Plaintiff Sheila Bidet filed this suit against Defendant Siemens Generation Services Company ("Siemens"), asserting claims of sexual harassment, retaliation, and sex discrimination in violation of the Florida Civil Rights Act ("FCRA"), Fla. Stat. § 760.01, *et. seq.*, and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e, *et seq*. (Doc. No. 2, filed Nov. 4, 2010.) Siemens has moved to dismiss the claims under the FCRA in Counts I, II, and III of the Complaint for failure to state a claim upon which relief can be granted. (Doc. No. 7.) Plaintiff responded by consenting "to the dismissal with prejudice of Counts I, II, and III of the Complaint." (Doc. No. 10 at 1.) Accordingly, Counts I, II, and III of the Complaint will be dismissed with prejudice.

**Conclusion**

Based on the foregoing, it is **ORDERED** and **ADJUDGED** that the Motion to Dismiss Counts, I, II, and III of Plaintiff's Complaint by Defendant Siemens Generation Services Company (Doc. No. 7) is **GRANTED**. Counts I, II, and III of the Complaint are **DISMISSED with prejudice**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 29, 2010.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record